### STATE ex COLUMBUS (city) v

### THATCHER, Auditor

Ohio Supreme Court

No. 23152. Decided Nov 26, 1931

Marshall, CJ, Jones, Matthias, Day, Allen and Kinkade, JJ, concur.

Full opinion will be published later. Watch **Omnibus Index.**